No. 75–6202. HURST v. UNITED STATES. C. A. 6th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Upon representation of the Solicitor General set forth in his memorandum for the United States filed May 7, 1976, judgment vacated and case remanded for further consideration in light of position presently asserted by the Government. ▮

No. 75–6265. HARRIS v. ROSE, WARDEN. C. A. 6th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Estelle* v. *Williams,* 425 U. S. 501 (1976).

No. 75–6578. McGRATH v. VINZANT, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 1st Cir. Certiorari dismissed. *Molinaro* v. *New Jersey,* 396 U. S. 365 (1970).

No. A–1021. GOURLEY, DIRECTOR, DIVISION OF FAMILY SERVICES OF MISSOURI, ET AL. v. LEWIS. Application for stay of mandate of the United States Court of Appeals for the Eighth Circuit, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, granted pending timely filing and disposition of petition for writ of certiorari. ▮

No. 75–478. PARKER SEAL Co. v. CUMMINS. C. A. 6th Cir. [Certiorari granted, 424 U. S. 942.] Motion of International Association of Machinists & Aerospace Workers for leave to file a brief as *amicus curiae* granted.